## UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JOHN MCDANIELS, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:23-cv-01293-RGA |
| | ) | |
| v. | ) | |
| | ) | |
| PCTEL, INC.,  M. JAY SINDER, CINDY | ) | JURY TRIAL DEMANDED |
| ANDREOTTI, GINA HASPILAIRE, | ) | |
| CYNTHIA KEITH, STEVEN LEVY, DAVID | ) | |
| NEUMANN, and ANTHONY R. ROSSABI, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff voluntarily dismisses the claims in the above-captioned action (the "Action").  Defendants have neither served an answer or a motion for summary judgment in the Action.

Dated:  February 13, 2024                          **LONG LAW, LLC**

                                   By:     */s/ Brian D. Long*
                                          _____
                                          Brian D. Long (#4347)
                                          3828 Kennett Pike, Suite 208
                                          Wilmington, DE 19807
                                          Telephone: (302) 729-9100
                                          Email: BDLong@longlawde.com

                                          *Attorneys for Plaintiff*